## KEYS *v.* THE STATE.

COBB, J.   There was, in the present case, no evidence to warrant a conviction of the offense charged, and consequently the court erred in denying a new trial.   *Judgment reversed.   All the Justices concurring.*

Argued March 20, — Decided April 17, 1899.

Indictment for larceny after trust.    Before Judge Fite. Catoosa superior court.    August term, 1898.

*W. E. Mann,* for plaintiff in error.
*Sam P. Maddox, solicitor-general,* by *Albert S. Johnson,* contra.